UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YVETTE FAULKNER,

                       Plaintiff,

          -against-

JEAN PIERRE JUDES, a/k/a JUDE
JEAN-PIERRE, and NILT, INC., a/k/a
NISSAN INFINITY LT,

                      Defendants.
------------------------------------------------------------------X

**JURY DEMAND**

Docket No.: 08 CIV 01707

C O U N S E L O R S:

    **PLEASE TAKE NOTICE**, that the undersigned hereby demands a trial by jury on all issues in this action.

    **PLEASE TAKE FURTHER NOTICE**, that the undersigned objects to the grounds for removal as said request for removal is untimely, and the undersigned does not waive its right of remand in this case.

Dated: NEW YORK, NY
       February 26, 2008

Yours, etc.,

**ROSENBERG, MINC, FALKOFF & WOLFF**

By: Steven C. Falkoff
(SF - 5556)
Attorney(s) for Plaintiff
122 East 42nd Street, Suite 3800
New York, NY 10168
(212) 697-9280
Our File No. 28695

TO:
    Law Office of Mary Audi Bjork
    Attorneys for Defendant
    JEAN PIERRE JUDES
    3 Executive Boulevard
    3rd Floor
    Yonkers, NY 10701
    (914) 966-5000

London Fischer
Attorneys for Defendant
NILT, INC. A/K/A NISSAN INFINITY LT.
59 Maiden Lane
New York, NY 10038
(212) 972-1000

## AFFIDAVIT OF SERVICE OF MAIL

STATE OF NEW YORK, COUNTY OF NEW YORK ss.:

ANGELA RAINFORD being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and resides in New York, NY County in the State of New York.

On February 26, 2008 depositing a true copy of thereof enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

LAW OFFICE OF MARY AUDI BJORK
3 EXECUTIVE BOULEVARD
- 3RD FLOOR
YONKERS, NEW YORK 10701

LONDON FISCHER
59 MAIDEN LANE
NEW YORK, NY 10038

_____
ANGELA RAINFORD

Sworn to before me on this
26th day of February, 2008

_____
Notary Public

STEVEN C. FALKOFF
Notary Public, State of New York
No. 4816521
Qualified in Westchester County
Commission Expires March 30, 2010