AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK         )
                          : ss.:
COUNTY OF NEW YORK        )

      INGRID QUAMINA, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York. That on February 22, 2008, deponent served the within **NOTICE OF FILING OF NOTICE OF REMOVAL, CIVIL COVER SHEET, NOTICE OF REMOVAL WITH ATTACHED EXHIBITS AND RULE 7.1 DISCLOSURE** upon:

To:    Steven C. Falkoff, Esq.
        Rosenberg, Minc, Falkoff & Wolff, LLP
        Attorneys for Plaintiff
        YVETTE FAULKNER
        122 East 42nd Street, Suite 3800
        New York, New York 10168-0068

        Andrea L. Cru. Esq.
        LAW OFFICE OF MARY A. BJORK
        Attorney for Defendants
        JEAN PIERRE JUDES, a/k/a
        JUDE-PIERRE
        Executive Boulevard, 3rd Floor
        Younkers, New York 10701
        (914) 966-5058

the attorneys for the respective parties in this action at the above address designated by said attorneys for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                                    *[signature]*
                                                               INGRID QUAMINA

Sworn to before me this
22nd day of February, 2008

_____
    Notary Public

               MICHAEL CHAN
      NOTARY PUBLIC, State of New York
           No. 01CH6098376
        Qualified in Queens County
       Commission Expires 9/8/20//