LONDON FISCHER LLP,
Attorneys for Defendant
NILT, INC.,
59 Maiden Lane
New York, New York 10038
(212) 972-1000

MATTHEW K. FINKELSTEIN (MKF- 6029)

08 CV 01707

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
YVETTE FAULKNER,

                Plaintiff,

                Civil Case No:

    -against-                RULE 7.1
                            DISCLOSURE

JEAN PIERRE JUDES, a/k/a JUDE JEAN-PIERRE and
NILT, INC., a/k/a NISSAN INFINITI LT.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, NILT, INC., a/k/a NISSAN INFINITI LT., ("NILT"), by its attorneys, LONDON FISCHER LLP, certifies that NISSAN-INFINITI LT. is a Delaware statutory trust; NILT, Inc. is a Managing Trustee of NILT. NILT, Inc. is a wholly owned by US Bank National Association. NILT Trust owns 100% beneficial interest in NISSAN-INFINITI LT. Nissan Motor Acceptance Corporation owns 100% beneficial interest in NILT Trust. NILT, Inc. and Nissan Motor Acceptance Corporation are not publicly traded.

Dated: New York, New York
       February 20, 2008

                                        LONDON FISCHER LLP

By: _____
    Matthew K. Finkelstein (6029)
    Attorneys for Defendant
    NILT, INC., sued incorrectly
    herein as NILT, INC. a/k/a
    NISSAN INFINITI LT.
    59 Maiden Lane
    New York, New York 10038
    (212) 972-1000

To:    Steven C. Falkoff, Esq.
       Rosenberg, Minc, Falkoff & Wolff, LLP
       Attorneys for Plaintiff
       YVETTE FAULKNER
       122 East 42nd Street, Suite 3800
       New York, New York 10168-0068

       Andrea L. Cru. Esq.
       LAW OFFICE OF MARY A. BJORK
       Attorney for Defendants
       JEAN PIERRE JUDES, a/k/a
       JUDE-PIERRE
       Executive Boulevard, 3rd Floor
       Younkers, New York 10701
       (914) 966-5058