UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
FAULKNER :
: 08 Civ. 1707 (LMM)
Plaintiff(s), :
: CASE MANAGEMENT PLAN
- against - : AND SCHEDULING ORDER
:
JUDES :
Defendant(s). :
:
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

McKENNA, D.J.

1. Referred to Magistrate Judge _____ for General Pretrial after Initial Case Management Conference.

2. ___ Complex    ___ Standard    ___ Expedited

3. Initial document production to be completed by _____.

4. Party depositions to be completed by _____.

5. Third party depositions to be completed by _____.

6. Parties and counsel to meet to discuss settlement by _____.

7. Experts' reports to be served by _____.

8. Experts' depositions to be completed by _____.

9. All discovery to be completed by _____.

10. Next pretrial conference 7/9/08 at 2:30 P.M.

11. Parties consent to trial by Magistrate Judge: ___ Yes ___ No.

12. Other directions:

Dated:    New York, New York
          3/20/08

SO ORDERED.

LAWRENCE M. McKENNA
U.S.D.J.