LONDON FISCHER LLP
Attorneys for Defendant
NILT, INC.,
59 Maiden Lane
New York, New York 10038
(212) 972-1000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/08

MATTHEW K. FINKELSTEIN (MKF- 6029)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
YVETTE FAULKNER

      Plaintiff,

  -against-

JEAN PIERRE JUDES, a/k/a JUDE JEAN-PIERRE and
NILT, INC., a/k/a NISSAN INFINITI LT.,

      Defendants.
------------------------------------x

Civil Index No.: 01707 CV 2008

**L ORDER**
STIPULATION OF
DISMISSAL WITHOUT
PREJUDICE

COUNSEL:

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, the attorneys of record for the parties in this action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, plaintiff's action against NILT, Inc., a/k/a NISSAN INFINITI LT. is hereby dismissed without prejudice, and without cost to any party as against each other.

Dated:  New York, New York
    April 1, 2008

ROSENBERG, MINC, FALKOFF &
WOLFF, LLP

By: _____
Steven C. Falkoff, Esq.
Attorneys for Plaintiff
YVETTE FAULKNER
122 East 42nd Street, Suite 3800
New York, New York 10168-0068

LONDON FISCHER, LLP

By: _____
Matthew K. Finkelstein (6029)
Attorneys for Defendant
NILT, INC., sued incorrectly herein
as NILT, INC. a/k/a
NISSAN INFINITI LT.
59 Maiden Lane
New York, New York 10038
(212) 972-1000

SO ORDERED:

_____ 4/23/08

{N0082033.1}